1
2
3
4                                          FILED
                                  CLERK, U.S.D.C. SOUTHERN DIVISION
5                                       SEP 1 2 2008
6                                 CENTRAL DISTRICT OF CALIFORNIA
                                  BY
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,  )   Case No.: SA08-518M
12                  Plaintiff,  )
                                )   ORDER OF DETENTION AFTER
13              vs.             )   HEARING
                                )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
14   Regnier, Adam Michael      )   § 3143(a)]
                                )
15                  Defendant.  )

16
17        The defendant having been arrested in this District pursuant to a warrant issued
18   by the United States District Court for the __Southern District of Calif__,
19   for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20   release]; and
21        The Court having conducted a detention hearing pursuant to Federal Rule of
22   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23        The Court finds that:
24   A.   (X) The defendant has not met his/her burden of establishing by clear and
25        convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26        3142(b) or (c). This finding is based on __backgrd, cmty ties__
27        __unknown; bail resources unknown; parole/prob__
28        __viol history evidence a lack of amenability__

1    to supervision; substance abuse history;

3    and/or

4 B.    (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on criminal history record, incl conv for narcotics offense and recent conv for crime of violence; prob/parole violation history

13    IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 9/12/08

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2